

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| STEVE CALDWELL | | |
| D/B/A SK PRODUCTIONS, | § | No. 08-15-00377-CV |
| | | |
| Appellant, | § | Appeal from |
| | | |
| v. | § | 58th District Court |
| | | |
| ROY N. ETIE, INDIVIDUALLY, | § | of Jefferson County, Texas |
| GOLDEN TRIANGLE | | |
| ENTERTAINMENT GROUP, INC. | § | (TC # A-196,535) |
| AND J & R FOOD AND BEVERAGE, | | |
| L.L.C., | § | |
| | | |
| Appellees. | § | |

**MEMORANDUM OPINION**

Pending before the Court is Appellant's motion to dismiss his appeal pursuant to TEX.R.APP.P. 42.1(a)(1). We grant the motion and dismiss the appeal. Costs of the appeal are assessed against Appellant. *See* TEX.R.APP.P. 42.1(d).

August 17, 2016

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.